JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MINERVA TEXTILES, LTD., a New York Corporation, *et al*.<br><br>Defendants. | Case No.: 2:14−cv−00870−SJO−JCG<br>*Honorable S. James Otero Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This Action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

3. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter (including converting this dismissal without prejudice, to a dismissal with prejudice, when called for by said settlement agreement, upon the parties filing a stipulation therefor).

SO ORDERED.

Dated: 1/16/15

By: *S. James Otero*
HONORABLE S. JAMES OTERO
U.S. DISTRICT COURT JUDGE